

**DEVIN S. COHEN**
Attorney at Law
Admitted in New York
(332) 345-2471 Direct
dcohen@martensonlaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/12/2022
```

September 9, 2022

**Via ECF**

The Honorable Judge Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

      Re:    *Jones v. Universal Protection Service, LLC, et al.,*
               Case No. 1:22-cv-04523

Judge Vyskocil:

      We are counsel for Defendants in this matter. We write today, jointly with counsel for Plaintiff, pursuant to Section 2(G) of the Court's Individual Practices In Civil Cases, to respectfully request an adjournment of the initial conference from October 5, 2022, to a date after October 18, 2022, or a date at the Court's convenience. In observance of Yom Kippur, counsel for the parties will not be able to attend the conference on October 5. Further, earlier today, a mediation conference was scheduled for October 18, 2022. This is the parties' first request for an adjournment of the initial conference and all parties consent to this request. Accordingly, we respectfully request that this Court adjourn the October 5, 2022 initial conference.

      We thank the Court for its consideration of this matter

Sincerely yours,

**MARTENSON, HASBROUCK & SIMON LLP**

Devin S. Cohen

> **GRANTED. The Initial Pretrial Conference scheduled for October 5, 2022 at 10:00 AM is hereby adjourned and rescheduled to October 19, 2022 at 3:30 PM. SO ORDERED.**
>
> Date: 9/12/2022
> New York, New York
>
> *Mary Kay Vyskocil*
> Mary Kay Vyskocil
> United States District Judge

cc:    All Counsel of Record, via ECF